**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2136**

———————

YETERFWORK TESFA SIMRET,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals. (A78-578-364)

———————

Submitted: September 22, 2003      Decided: October 10, 2003

———————

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

E. Dennis Muchnicki, Oscar A. Budde, Dublin, Ohio, for Petitioner. Robert D. McCallum, Jr., Assistant Attorney General, Jeffrey J. Bernstein, Carl H. McIntyre, Jr., Senior Litigation Counsel, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yeterfwork Tesfa Simret, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals affirming an immigration judge's ruling and denying relief on her application for asylum and withholding of removal. We find that substantial evidence supports the Board's conclusion that Simret failed to establish past persecution or a well-founded fear of future persecution as necessary to qualify for relief from deportation. See 8 U.S.C. § 1252(b)(4)(D) (2000); INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992); Huaman-Cornelio v. Board of Immigration Appeals, 979 F.2d 995, 999 (4th Cir. 1992).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2